UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN COFIELL<br>Complainant | : | CASE NO. |
| v. | : | |
| HANWHA AEROSPACE USA LLC<br>Respondent | : | MARCH 20, 2025 |

**PETITION FOR REMOVAL**

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

Defendant, Hanwha Aerospace USA LLC, respectfully states:

**The State Court Action**

1. On or about February 19, 2025, an action was commenced against Defendant in the Superior Court for the Judicial District of Waterbury, in the State of Connecticut, entitled *Stephen Cofiell v. Hanwha Aerospace USA, LLC.* ("State Action."). No further proceedings have been had in the State Action. Copies of all process pleadings and orders have been served upon Defendant in said action are annexed hereto as Exhibit 1.

**Grounds for Removal: Diversity Jurisdiction**

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district court of the United States have original jurisdiction."

4. The Complaint alleges that Plaintiff is a resident of Connecticut.

5. Defendant is a Wisconsin limited liability company with a sole member, EDAC Technologies Holding Company ("EDAC"). For purposes of diversity jurisdiction, LLCs are treated like partnerships. Their citizenship is determined by the citizenships of its members. *See Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt. LLC*, 692 F.3 42, 49 (2d Cir. 2012); *Handelsman v. Bedford Village Ltd. Partnership, LLC*, 213 F.3d 48, 51-52 (2d Cir. 2000). EDAC is a Delaware Corporation with a principal place of business in New York.

6. Defendant is diverse because EDAC is incorporated under the laws of the State of Delaware and its principal place of business is located in New York. "A corporation's 'primary place of business' is 'the place where a corporation's officers direct, control and coordinate the corporation's activities'- its 'nerve center.'" *Gadre v. Hexanika, Inc.*, Docket No., 2025 U.S. Dist. LEXIS 4759, at *2 (Jan. 10, 2025, S.D.N.Y.) (citing to *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010)). "This test 'focuses on where a corporation's 'high-level' decisions are made, not where day-to-day activities are managed.'" The sole director of EDAC's board of directors operates and makes executive decisions on behalf of the corporation from New York. As such, EDAC is a citizen of Delaware and New York for purposes of diversity of citizenship. Accordingly, under 28 U.S.C. § 1332(c)(1), there is complete diversity of citizenship between the parties.

7. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

**<u>Compliance with Procedural Requirements</u>**

8. There are no other defendants in this case. Thus, no other defendants must join in or consent to the removal of this matter. *See* 28 U.S.C. § 1446(b)(2)(A).

9. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the District of Connecticut because the county from which the State Action is being removed lies within the State of Connecticut.

10. Notice of this Petition will be filed promptly with the Superior Court for the Judicial District of New Haven, as required by 28 U.S.C. § 1446(d).

**Conclusion**

Having fulfilled all statutory requirements, Defendant Hanwha Aerospace USA LLC removes this action to this Court from the Superior Court Judicial District of Waterbury, Connecticut, and requests that this Court assume jurisdiction over this matter as provided by law.

**DEFENDANT,**
**HANWHA AEROSPACE USA LLC**

By: */s/ James F. Shea*

James F. Shea (ct16750)
james.shea@jacksonlewis.com
Joseph W. Fazzino (ct30878)
joseph.fazzino@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

**CERTIFICATION OF SERVICE**

I hereby certify that on March 20, 2025, a copy of foregoing was served by electronic mail on the following counsel of record:

James Sabatini
Sabatini and Associates, LLC
1 Market Square
Newington, CT 06111
jsabatini@sabatinilaw.com

*/s/ Joseph W. Fazzino*
Joseph W. Fazzino